United States District Court
Southern District of Texas

**ENTERED**

February 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GENE DUROCHER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00757 |
| | § | |
| GRETCHEN M. VAN STEENWYK-MARSH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court are United States Magistrate Judge Christina Bryan's Memorandum and Order filed on January 20, 2026 (Doc. #38); Plaintiffs' Objections (Doc. #39); and Defendants' Response (Doc. #40). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Therefore, Defendants' Motion to Dismiss Under Rules 12(b)(2), 12(b)(3), 12(b)(6), and 28 U.S.C. § 1406(a), or, in the Alternative, to Transfer Venue Under 28 U.S.C. § 1404(a) is hereby GRANTED IN PART. Doc. #19. Specifically, the Court grants Defendants' request to transfer venue. Accordingly, this case is hereby TRANSFERRED to the United States District Court for the Central District of California, in which Civil Action 2:24-cv-07401 is pending.

It is so ORDERED.

FEB 1 9 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge